■ In the Matter of CATHERINE KENYON et al., Individually and as Members of Board of Trustees of Village of Canaseraga, Petitioners, v ROBIN PIFER, as Clerk/Treasurer of Village of Canaseraga, Respondent. [679 NYS2d 859] —Application unanimously granted without costs and respondent removed from office of Clerk/Treasurer of Village of Canaseraga. Memorandum: Petitioners commenced this original proceeding pursuant to Public Officers Law § 36 seeking the removal of respondent from the office of Clerk-Treasurer of the Village of Canaseraga. Upon our review of the record, we conclude that respondent engaged in a pattern of intentional misconduct over a two-year period involving the misappropriation of Village funds. That misconduct justifies her removal from office (see, Matter of Abare v Hatch, 21 AD2d 84, 86; see also, Matter of West v Grant, 243 AD2d 815). (Original Proceeding Pursuant to Public Officers Law.) Present—Green, J. P., Pine, Wisner, Balio and Boehm, JJ. (Filed Oct. 28, 1998.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH M. McKENDRICK, Appellant. [679 NYS2d 873] —Judgment unanimously affirmed (see, People v Hidalgo, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Robbery, 3rd Degree.) Present—Denman, P. J., Wisner, Pigott, Jr., Callahan and Fallon, JJ.

■ In the Matter of ANGEL ERAZO, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [679 NYS2d 913] —Determination unanimously confirmed without costs and amended petition dismissed (see, Matter of Mays v Goord, 245 AD2d 610). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Denman, P. J., Wisner, Pigott, Jr., Callahan and Fallon, JJ.